UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


**ABRAHAM NIX,**

      Plaintiff,

-vs-                            CASE NO. 8:16- cv-03435
                                   HON. ELIZABETH A. KOVACHEVICH
                                   MAG: AMANDA ARNOLD SANSONE

**COUNTY OF SARASOTA,**
**RUSTY AYERS and ROBERT ANNICELLI**

      Defendants.
_____/


### PLAINTIFF'S MOTION TO ALLOW HIM TO CHANGE IN CIVILIAN CLOTHING AT TRIAL


      **NOW COMES** Plaintiff, **ABRAHAM NIX**, by and through his attorneys, CHRISTOPHER TRAINOR & ASSOCIATES, and for his instant *Motion to Allow Him to Change in Civilian Clothing at Trial*, respectfully states the following:

1.     That trial is scheduled to commence on June 11, 2018 at 10:00 a.m.

2.     That on May 21, 2018, Plaintiff filed *Motions in Limine to Preclude Certain Evidence from Trial* including, but not limited to, any and all evidence relating to Plaintiff's current incarceration status within the Florida Department of Corrections and permitting Plaintiff to appear for his jury trial wearing civilian clothes and without restraint.  **(See Doc 97 at 1, 7-8).**

1

3.      That respectfully anticipating that this Honorable Court grants Plaintiff's request, Plaintiff has arranged for civilian clothes to be brought to the Courthouse prior to the commencement of trial in order for him to change into from his prison uniform each day during trial.

4.      That Plaintiff further requests that he be allowed to change back into these clothes each day as long as trial continues.

5.      That if Plaintiff is not allowed to wear civilian clothes during trial in this matter, he will suffer unfair prejudice as referenced within Plaintiff's *Motions in Limine*.  **(See Doc 97 at 1, 7-8).**

6.      That Plaintiff's counsel sought concurrence for the instant Motion from Defendants' counsel and said concurrence was not obtained as of the date of this writing.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court grant the instant Motion allowing Plaintiff to wear civilian clothing at trial and change into same each day during trial out of the presence of the jury.

Respectfully Submitted,
CHRISTOPHER TRAINOR & ASSOCIATES

/s/ **Amy J. DeRouin**
CHRISTOPHER J. TRAINOR (P42449)
AMY J. DEROUIN (P70514)
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI  48386
(248) 886-8650

AJD/mlr
Dated: June 5, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2018, I electronically filed the forgoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: *None*.

**/s/ Amy J. DeRouin (P70514)**

Christopher Trainor & Associates
9750 Highland Road
White Lake, MI 48386
(248) 886-8650
amy.derouin@cjtrainor.com